IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **GARROD BLAKE,** | Case No. 1:23-cv-00129-ADA-GSA-PC |
| Plaintiff, | **ORDER** |
| v. | |
| **S. FOSTER, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that the Motion to Excuse Defendant from Attending Settlement Conference is **GRANTED**. Defendant Saucedo does not need to attend the October 4, 2023 settlement conference.

IT IS SO ORDERED.

Dated: __September 29, 2023__        /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE