UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARROD BLAKE,<br><br>    Plaintiff,<br><br>    v.<br><br>S. FOSTER, et al.,<br><br>    Defendants. | No. 1:23-cv-00129 ADA GSA (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 4, 2023, the parties reached a settlement, and the magistrate judge who presided over the settlement proceedings ordered them to file dispositional documents within sixty days.  ECF No. 42.  On November 16, 2023, the parties filed a joint stipulation to voluntarily dismiss this action with prejudice.  ECF No. 43.

Accordingly, IT IS HEREBY ORDERED that:

1.  This matter is VOLUNTARILY DISMISSED with prejudice, per the parties' stipulation.  See Fed. R. Civ. P. 41(a)(1)(A)(ii); ECF 43 at 2, and

1

2. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  **November 22, 2023**                    **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE